IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                              CASE NO. 1:09-cv-00130-MP-AK

$6,583.00 IN UNITED STATES CURRENCY,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 8, Report of Rule 26(f) Planning Meeting, submitted by the United States. The United States sent a letter to the property claimant on July 14, 2009, requesting he confer to schedule a meeting as per Rule 26(f) by the July 30, 2009 deadline. The United States represents that the claimant has not made any communication concerning the conference, and did not meet for the conference. It is hereby

    **ORDERED AND ADJUDGED:**

1.     The Report of Rule 26(f) Planning Meeting, Doc. 8, is hereby adopted, and the clerk is directed to set the appropriate deadlines therefrom.

    **DONE AND ORDERED** this _27th_ day of August, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge