IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                              CASE NO. 1:09-cv-00130-MP-AK

$6,583.00 IN UNITED STATES CURRENCY,

    Defendant.

_____/

## **DECREE OF FORFEITURE**

This matter is before the Court on Doc. 10, Motion for Forfeiture of Property by United States of America. In a document attached to the motion, the claimant, ADRIAN ROCHAL SAUNDERS, consented to the forfeiture. On June 3, 2009, a Verified Complaint of Forfeiture In Rem against the defendant property, $6,583.00 in United States Currency, was filed on behalf of the Plaintiff, United States of America. The Complaint alleges that the defendant property is forfeitable to the United States of America pursuant to 21 U.S.C. §881 (a)(6).

It appears that process was fully issued in this action according to law:

That a Notice of Forfeiture Action was published on an official government Internet site, www.forfeiture.gov, for 30 consecutive days beginning June 29, 2009, pursuant to Rule G (4)(iv)(C) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions.

That the government provided notice of this forfeiture action to all known interested parties.

Claimant Adrian Rochal Saunders consents to the forfeiture.

**NOW THEREFORE**, on Motion of the Plaintiff, United States of America, for a Decree of Forfeiture, it is hereby

**ORDERED AND ADJUDGED:**

Defendant property, $6,583.00 in United States Currency, shall be forfeited to the United States of America and no right, title or interest in the property shall exist in any other party. The defendant property shall be disposed of according to law

**DONE AND ORDERED** this  *14th*  day of September, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge